IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DANIEL DENIS,**
**ALIEN # A73-213-661,**

    Petitioner,

vs.                                 Case No. 4:09cv91-MP/WCS

**ERIC H. HOLDER, JR.,**
**ATTORNEY GENERAL OF THE**
**UNITED STATES, et al.,**

    Respondents.
_____/

## REPORT AND RECOMMENDATION

    Pending is Petitioner's petition for writ of habeas corpus. Doc. 1. In an order filed March 18, 2009, Petitioner was directed to either pay the $5.00 filing fee or file a motion for leave to proceed *in forma pauperis* by April 17, 2009. Doc. 4. Because Petitioner failed to file a response to that order, an order to show cause was entered on April 30, 2009, giving the Petitioner one final opportunity to respond by May 15, 2009. Doc. 5. On May 11, 2009, Petitioner's copy of that order was returned to the clerk undelivered with the envelope marked "return to sender/no longer here." Doc. 6. A check with the Wakulla County Jail revealed that the Petitioner was released to INS custody on March 17, 2009, and subsequently deported to the Bahamas.

Accordingly, it is **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute.

**IN CHAMBERS at Tallahassee, Florida, on May 14, 2009.**

S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

**Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**