IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL DENIS,

    Petitioner,

v.                                  CASE NO. 4:09-cv-00091-MP-WCS

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,

    Respondents.

_____/

# O R D E R

This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed for failure to prosecute. The Magistrate issued the report on May 14, 2009. Like Petitioner's copy of the Magistrate's order to show cause, Petitioner's copy of the report and recommendation was returned to the clerk undelivered, with the envelope marked "return to sender/no longer here." Doc. 8. Apparently, Petitioner has been deported to the Bahamas and has thus abandoned this action. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 7) is ADOPTED and incorporated herein. This case is DISMISSED without prejudice for failure to prosecute.

**DONE AND ORDERED** this   *29th* day of May, 2009

                            *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge